UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR EDWARDS,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN MARSHALL, Warden,<br><br>    Respondent. | 1:03-CV-06233-REC-WMW-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br>(DOCUMENT #30) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 13, 2006, petitioner filed a motion to extend time to file objections to the report and recommendation issued by the court on March 31, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the report and recommendation issued by the court on March 31, 2006.

IT IS SO ORDERED.

**Dated:   April 20, 2006**              **/s/  William M. Wunderlich**
bl0dc4                                   UNITED STATES MAGISTRATE JUDGE